Ian Feldman, Esq. (State Bar Number 200308)
ifeldman@clausen.com
G. Brent Sims, Esq. (State Bar Number 179397)
bsims@clausen.com
Clausen Miller P.C.
17901 Von Karman Avenue, Suite 650
Irvine, CA 92614
Telephone: (949) 260-3100
Facsimile: (949) 260-3190

Attorneys for Defendants
VIRGIN AMERICA INC., VIRGIN ATLANTIC
AIRWAYS LIMITED and VIRGIN VACATIONS,
INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VIRGIN AMERICA INC. et al.<br><br>Defendants. | CASE NO.: 4:15-cv-952 MMC<br><br>Honorable Maxine M. Chesney<br><br>ORDER APPROVING<br>**STIPULATION** ~~AND ORDER~~ **TO TRANSFER CASE TO SOUTHERN DISTRICT OF NEW YORK** |

Plaintiff, The Wave Studio, LLC ("Plaintiff"), and Defendants VIRGIN AMERICA INC., VIRGIN ATLANTIC AIRWAYS LIMITED and VIRGIN VACATIONS, INC. (collectively "Defendants"), by and through their attorneys of record hereby agree and stipulate as follows:

The Parties stipulate that the above-captioned proceeding shall be transferred to the United States Court for the Southern District of New York. Defendants believe this case is related to litigation currently pending before the Honorable Cathy Seibel, Judge of the Southern District Court of New York, styled *The Wave Studio, LLC v. General Hotel*

1 | *Management, et al.,* Case No. 7:13-CV-09239 (S.D.N.Y.) (the "GHM Action") and should
2 | therefore be consolidated with the GHM Action. Plaintiff denies this action is related to the
3 | GHM Action. The parties agree that the transfer stipulated here is without prejudice as to the
4 | issue of consolidation with the GHM Action and that upon transfer to the Southern District
5 | of New York; Defendants may seek to file a motion to consolidate this action with the GHM
6 | Action.

7 | THEREFORE, THE PARTIES HEREBY STIPULATE that this action be transferred
8 | to the Southern District of New York.

10 | **IT IS SO STIPULATED**.

12 | Dated: July 27, 2015                    COBALT LLP

BY:  /s/ Vijay K. Toke
     Vijay K. Toke, Esq.
     Attorneys for Plaintiff

17 | Dated: July 27, 2015                    CLAUSEN MILLER PC

BY: _____
    G. Brent Sims, Esq.
    Attorneys for Defendant

-2-
STIPULATION AND ORDER TO TRANSFER CASE TO SOUTHERN DISTRICT OF NEW YORK
CASE NO: 3:15-CV-00952

ATTESTATION OF CONCURRENCE

I, G. Brent Sims, attest that I am one of the attorneys for Defendants VIRGIN AMERICA INC., VIRGIN ATLANTIC AIRWAYS LIMITED and VIRGIN VACATIONS, INC. and as the ECF user and filer of this document, I attest that, pursuant to United States District Court, Northern District of California Civil L.R. 5-1(i)(3), concurrence in the filing of this document has been obtained from Vijay K. Toke, the above signatory.

Dated: July 27, 2015                BY: _____
                                         G. BRENT SIMS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 28, 2015                _____
                                    Maxine M. Chesney, Judge
                                    United States District Court,
                                    Northern District of California